**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

ERIKA ORMOND                                                                                    PLAINTIFF

vs.                                                                          Civil Action No. 3:03-cv-127 WS

JO ANNE BARNHART, COMMISSIONER
OF SOCIAL SECURITY                                                                          DEFENDANT


**<u>FINAL JUDGMENT</u>**

This cause, having come before the court pursuant to the Report and Recommendation of the United States Magistrate Judge, and this court, having reviewed the same and determined that it should not be adopted as the order of this court, and concluding instead that the findings of the Administrative Law Judge for the Office of Hearings and Appeals are well taken and proper, said findings of the Administrative Law Judge are affirmed and the above styled and numbered cause is hereby fully and finally dismissed.

**SO ORDERED AND ADJUDGED, this the 17th day of February, 2006.**

**s/ HENRY T. WINGATE**

**CHIEF UNITED STATES DISTRICT JUDGE**